IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ERVIN JAMES HORTON,

    Plaintiff,

v.        CASE NO. 5:11-cv-00219-MP-CJK

SECURUS TECHNOLOGIES,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 8, Motion for enlargement of time to respond to report and recommendation by Ervin James Horton. Plaintiff requests a sixty day extension of time to respond to the Magistrate Judge's report and recommendation. Plaintiff states that his medical condition prevents him from responding within the time allotted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. Plaintiff's motion for enlargement of time to respond to report and recommendation, Doc. 8, is GRANTED.

2. Plaintiff may respond to the report and recommendation on or before September 22, 2011.

**DONE AND ORDERED** this __22nd__ day of July, 2011

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge