**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

ERVIN JAMES HORTON,

    Plaintiff,

v.                              CASE NO. 5:11cv219-MP-CJK

SECURUS TECHNOLOGIES,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 11, 2011. (Doc. 7). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's Complaint (doc. 1) is DISMISSED WITHOUT PREJUDICE as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), for abuse of the judicial process.

3. Plaintiff's Motion to Supplement Objections (doc. 14) is DENIED.

**DONE and ORDERED** this 7th day of November, 2011.

                                *s/ M. Casey Rodgers*
                                **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**